**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                                 Case Number:

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

| |
|---|
| NAME (Type or print) |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)  s/ |
| FIRM |
| STREET ADDRESS |
| CITY/STATE/ZIP |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES | NO |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES | NO |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES | NO |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES | NO |

| |
|---|
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.  RETAINED COUNSEL           APPOINTED COUNSEL |

**CERTIFICATE OF SERVICE**

       I hereby certify that on June 27, 2008, I electronically filed the foregoing Appearance DANIEL E. RADAKOVICH attorney for Defendant JESUS GONZALEZ with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to the following:

Honorable Patrick Fitzgerald
United States State's Attorney
219 South Dearborn Street
5th Floor
Chicago, Illinois 60604
Untied States Department of Justice
Attention: AUSA Anthony Garcia

Carrie J. Holberg
United States Pretrial Services Officer
United States Pretrial Services
219 South Dearborn Street
Room 15100
Chicago, Illinois 60604

                                                s/Daniel E. Radakovich