# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Arlander Keys | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 487 | **DATE** | 6/20/2008 |
| **CASE TITLE** | USA vs. Jesus Gonzalez | | |

**DOCKET ENTRY TEXT**

Arrest warrant issued as to Jesus Gonzalez. The Government's motion to seal criminal complaint, affidavit and arrest warrant until further order of court is granted.

Docketing to mail notices.

| | Courtroom Deputy Initials: | AC |
|---|---|---|