UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 08CR 487 |
| | ) | |
| v. | ) | Honorable Arlander Keys |
| | ) | |
| JESUS GONZALEZ | ) | |

### ORDER

This matter having come before the Court on the motion of the government to place the criminal complaint and the other documents in the above-captioned case under seal,

IT IS HEREBY ORDERED that the criminal complaint and the other documents in the above-captioned case be placed under seal until further order of this Court. IT IS HEREBY ORDERED that the government may disclose the Complaint, Affidavit, and Arrest Warrant in order to facilitate the location, apprehension, or return of Jesus Gonzalez to the Northern District of Illinois.

ENTER:

Dated: June 20, 2008

_____
ARLANDER KEYS
United States Magistrate Judge