## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Arlander Keys | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 487 | **DATE** | 6/20/2008 |
| **CASE TITLE** | USA vs. Jesus Gonzalez | | |

**DOCKET ENTRY TEXT**

Arrest warrant issued as to Jesus Gonzalez.

Docketing to mail notices.

Courtroom Deputy Initials: AC

*U.S. DISTRICT COURT*
*2008 JUN 24 AM 11:59*
*FILED*