FILED
JUL 23 2008
JUL 23 2008
JUL 23 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**JUDGE BUCKLO**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | No. 08 CR 487 |
| ) | |
| v. ) | Violations: Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 924(c) |
| ) | |
| JESUS GONZALEZ ) | |

**MAGISTRATE JUDGE KEYS**

### COUNT ONE

The SPECIAL MARCH 2007 GRAND JURY charges:

On or about June 18, 2008, at Chicago, in the Northern District of Illinois, Eastern Division,

JESUS GONZALEZ,

defendant herein, did knowingly and intentionally possess with intent to distribute controlled substances, namely, 500 grams or more of mixtures and substances containing cocaine, and 5 grams or more of mixtures and substances containing cocaine base in the form of crack cocaine, Schedule II Narcotic Drug Controlled Substances;

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT TWO

The SPECIAL MARCH 2007 GRAND JURY further charges:

On or about June 18, 2008, at Chicago, in the Northern District of Illinois, Eastern Division,

JESUS GONZALEZ,

defendant herein, in furtherance of a drug trafficking crime, namely, knowingly and intentionally possessing with intent to distribute controlled substances, in violation of Title 21, United States Code, Section 841(a)(1), as charged in Count One of this Indictment, did knowingly possess a firearm, namely, a Ruger handgun, model P89NC, bearing serial number 310 - 11838;

In violation of Title 18, United States Code, Section 924(c)(1)(A).

## **FORFEITURE ALLEGATION ONE**

The SPECIAL MARCH 2007 GRAND JURY further charges that:

1.  The allegations contained in Count One of this Indictment are realleged and incorporated as if fully restated herein for purpose of alleging that certain property is subject to forfeiture to the United States pursuant to Title 21, United States Code, Section 853.

2.  As a result of his violation of Title 21, United States Code, Section 841(a)(1), as alleged in Count One in this Indictment,

### JESUS GONZALEZ

defendant herein, shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853(a)(1) and (2): (1) any and all property constituting and derived from, any proceeds obtained, directly and indirectly, as a result of the violations of Title 21, United States Code, Section 841(a)(1); and (2) any and all of the property used, or intended to be used, in any manner or part, to commit and facilitate the commission of the violation of Title 21, United States Code, Section 841(a)(1).

3.  The interests of the defendant subject to forfeiture pursuant to Title 21, United States Code, Section 853, includes $254,214 in United States Currency.

4.  If any of the property described above as being subject to forfeiture pursuant to Title 21, United States Code, Section 853(a), as a result of any act or omission of the defendant:

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred to, sold to, or deposited with a third party;

   c. has been placed beyond the jurisdiction of the Court;

   d. has been substantially diminished in value; or

   e. has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States to seek forfeiture of substitute property belonging to the defendant under the provisions of Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 982(b)(1).

All pursuant to Title 21, United States Code, Section 853.

## FORFEITURE ALLEGATION TWO

1. The allegations contained in Count Two of this Indictment are realleged and incorporated herein by reference for the purpose of alleging that certain property is subject to forfeiture to the United States, pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(a).

2. As a result of his violation of Title 18, United States Code, Section 924(c)(1)(A), as alleged in Count Two of the foregoing Indictment,

JESUS GONZALEZ,

defendant herein, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), any and all right, title, and interest he may have in any property involved in the charged offense.

3. The interest of the defendant subject to forfeiture pursuant toe Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c) includes a Ruger handgun, model P89NC, bearing serial number 310 - 11838;

All pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY