#3

**FILED**
7-23-08
JUL 2 3 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

*Felony*
*LI*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

DESIGNATION SHEET FOR CRIMINAL PROCEEDINGS

1) Is this an indictment or information arising out of offenses charged in one or more previously-filed magistrate's complaints?  NO ☐
   YES X    If the answer is "Yes", list the case number and title of the earliest filed complaint:
   08 CR 0487 Judge Keys , *u s v. Jesus Gonzalez*      **JUDGE BUCKLO**

2) Is this an indictment or information that supersedes one or more previously-filed indictments or informations?
   NO X    YES ☐    If the answer is "Yes", list the case number and title of the earliest filed superseded indictment or information and
   the name of the assigned judge (Local Rule 40.3(b)(2)):

   **MAGISTRATE JUDGE KEYS**

3) Is this a re-filing of a previously dismissed indictment or information?                                    NO X    YES ☐
   If the answer is "Yes", list the case number and title of the previously dismissed indictment or information and the name of the assigned
   judge (Local Rule 40.3(b)(2)):

4) Is this a case arising out of the failure of the defendant to appear in a criminal proceeding in this Court?
   NO X    YES ☐    If the answer is "Yes", list the case number and title of the criminal proceeding in which the defendant failed to appear
   (Local Criminal Rule 50.2(3)):

5) Is this a transfer of probation supervision from another district to this District?              NO X    YES ☐

6) What level of offense is this indictment or information?                          **FELONY X  MISDEMEANOR ☐**

7) Does this indictment or information involve eight or more defendants?            NO X    YES ☐

8) Does this indictment or information include a conspiracy count?                  NO X    YES ☐

9) Indicate which of the following types of offenses describes the count, other than any conspiracy count, with the most severe penalty:

   | | | |
   |---|---|---|
   | ☐ Homicide  . . . . . . . . . . (II) | ☐ Income Tax Fraud  . . . . . . . . (II) | ☐ DAPCA Controlled Substances  (III) |
   | ☐ Criminal Antitrust . . . . . (II) | ☐ Postal Fraud  . . . . . . . . . . (II) | ☐ Miscellaneous General Offenses  (IV) |
   | ☐ Bank robbery . . . . . . . . . (II) | ☐ Other Fraud  . . . . . . . . . . (III) | ☐ Immigration Laws  . . . . . . . . . (IV) |
   | ☐ Post Office Robbery  . . . (II) | ☐ Auto Theft  . . . . . . . . . . (IV) | ☐ Liquor, Internal Revenue Laws .  (IV) |
   | ☐ Other Robbery  . . . . . . . (II) | ☐ Transporting Forged Securities (III) | ☐ Food & Drug Laws . . . . . . . . . (IV) |
   | ☐ Assault  . . . . . . . . . . . . . (III) | ☐ Forgery  . . . . . . . . . . (III) | ☐ Motor Carrier Act . . . . . . . . . . . (IV) |
   | ☐ Burglary  . . . . . . . . . . . . (IV) | ☐ Counterfeiting  . . . . . . . . . (III) | ☐ Selective Service Act  . . . . . . . (IV) |
   | ☐ Larceny and Theft  . . . (IV) | ☐ Sex Offenses  . . . . . . . . . (II) | ☐ Obscene Mail  . . . . . . . . . . . (III) |
   | ☐ Postal Embezzlement  . . (IV) | ☐ DAPCA Marijuana  . . . . . . . (III) | ☐ Other Federal Statutes  . . . . . . (III) |
   | ☐ Other Embezzlement  . . (III) | X DAPCA Narcotics  . . . . . . . . (III) | ☐ Transfer of Probation Jurisdiction  .  (V) |

10) List the statute of each of the offenses charged in the indictment or information.
    21 U.S.C. § 841(a)(1)
    18 U.S.C. § 924(c)

ANTHONY P. GARCIA
Assistant United States Attorney

(Revised 12/99)