# United States District Court, Northern District of Illinois

*MHN*

| Name of Assigned Judge or Magistrate Judge | Judge Bucklo | Sitting Judge If Other than Assigned Judge | Arlander Keys |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 487 | **DATE** | 7/30/08 |
| **CASE TITLE** | USA vs. Jesus Gonzalez | | |

**DOCKET ENTRY TEXT**

Arraignment held. The defendant enters plea of Not Guilty to the Indictment. 16.1A conference to be held by 8/4/08. Pretrial motions to be filed by 8/14/08. Responses to pretrial motions are due by 8/25/08. Status hearing set before 8/15/08 at 10:00 a.m. Same bond to stand. Time is excluded pursuant to 18:3161(h)(1). *AK*
*PT1*

Docketing to mail notices.

| | Courtroom Deputy Initials: | AC |
|---|---|---|

U.S. DISTRICT COURT
CLERK
2008 JUL 30 PM 3:41
FILED-CRT