# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

UNITED STATES OF AMERICA

                          Plaintiff,

v.                                          Case No.: 1:08−cr−00487
                                         Honorable Elaine E. Bucklo

Jesus Gonzalez

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, August 5, 2008:

      MINUTE entry before the Honorable Elaine E. Bucklo:As to Jesus Gonzalez, pursuant to government's joint request, status hearing set for 8/15/08 is reset for 8/29/2008 at 10:00 AM.Time from this day through next status is excluded for motions and under US. Vs. Tibboel 18:3161 (h)(1). Mailed notice (mpj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.