UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| -vs- | ) | Case No.    08 CR 487 |
| | ) | Judge Elaine E. Bucklo |
| | ) | Magistrate Judge Arlander Keys |
| | ) | |
| JESUS GONZALEZ | ) | |

## NOTICE OF MOTION

TO:  Honorable Patrick Fitzgerald          Carrie J. Holberg
     United States State's Attorney        United States Pretrial Services Officer
     219 South Dearborn Street             United States Pretrial Services
     5th Floor                             219 South Dearborn Street
     Chicago, Illinois 60604               Room 15100
     Untied States Department of Justice   Chicago, Illinois 60604
     Attention: AUSA Anthony Garcia

**PLEASE TAKE NOTICE** that on August 20, 2008 at 9:30 a.m. or soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Elaine E. Bucklo in Courtroom 1441 at the Dirksen Federal Building located at 219 South Dearborn, Chicago, Illinois 60604 and shall then and there present the attached MOTION FOR EXTENSION OF TIME TO FILE PRETRIAL MOTIONS, a copy of which is attached hereto and herewith served upon you.

                                    s/Daniel E. Radakovich

Daniel E. Radakovich, #20896
900 West Jackson Boulevard, Suite 5-East
Chicago, IL  60607
312/733-5116

## PROOF OF SERVICE BY CM/ECF SYSTEM

I, Daniel E. Radakovich, the attorney, hereby certify that on August 14, 2008, I electronically filed the foregoing MOTION FOR EXTENSION OF TIME TO FILE PRETRIAL MOTIONS with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to the above-named individual(s).

                                    s/Daniel E. Radakovich

900 West Jackson, Suite 5-East
Chicago, Illinois 60607
312/733-5116