# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

UNITED STATES OF AMERICA

                        Plaintiff,

v.                                                Case No.: 1:08−cr−00487

                                                Honorable Elaine E. Bucklo

Jesus Gonzalez

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, August 18, 2008:

      MINUTE entry before the Honorable Elaine E. Bucklo:Defendant's unopposed motion for extension of time [16] is granted as to Jesus Gonzalez (1). Status hearing reset for 9/19/2008 at 10:00 AM. Defendant has until 9/4/08 to file pretrial motions and response will be due by 9/15/08. Time from this day through next status is excluded for pretrial motions and pursuant to USA Vs. Tibboel under 18:3161 (h)(1). Mailed notice (mpj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.