UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| -vs- | ) | Case No.    08 CR 487 |
| | ) | Judge Elaine E. Bucklo |
| | ) | Magistrate Judge Arlander Keys |
| | ) | |
| JESUS GONZALEZ | ) | |

## NOTICE OF MOTION

TO:   Honorable Patrick Fitzgerald                    Carrie J. Holberg
      United States State's Attorney                  United States Pretrial Services Officer
      219 South Dearborn Street                       United States Pretrial Services
      5th Floor                                       219 South Dearborn Street
      Chicago, Illinois 60604                         Room 15100
      Untied States Department of Justice             Chicago, Illinois 60604
      Attention: AUSA Anthony Garcia

**PLEASE TAKE NOTICE** that on September 9, 2008 at 9:30 a.m. or soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Elaine E. Bucklo in Courtroom 1441 at the Dirksen Federal Building located at 219 South Dearborn, Chicago, Illinois 60604 and shall then and there present the attached UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE PRETRIAL MOTIONS, a copy of which is attached hereto and herewith served upon you.

                                                s/Daniel E. Radakovich

Daniel E. Radakovich, #20896
900 West Jackson Boulevard, Suite 5-East
Chicago, IL  60607
312/733-5116

## PROOF OF SERVICE BY CM/ECF SYSTEM

I, Daniel E. Radakovich, the attorney, hereby certify that on September 4, 2008, I electronically filed the foregoing UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE PRETRIAL MOTIONS with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to the above-named individual(s).

                                                s/Daniel E. Radakovich

900 West Jackson, Suite 5-East
Chicago, Illinois 60607
312/733-5116