

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**
SEP 11 2008
Sep 11, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| v. ) | |
| JESUS GONZALEZ ) | No. 08 CR 487 |
| ) | Judge Arlander Keys |

### FORFEITURE AGREEMENT

Pursuant to the Pretrial Release Order entered in the above-named case on July 1, 2008, and for and in consideration of bond being set by the Court for defendant JESUS GONZALEZ in the amount of $81,000 being secured by real property, Aide V. Villarreal hereby warrants and agrees:

1. Aide V. Villarreal warrants that she is the sole record owner and titleholder of the real property located at <u>4738 S. Campbell, Chicago, Illinois</u>, and described legally as follows:

> LOT 4 (EXCEPT THE NORTH 10 FEET THEREOF) AND LOT 5 (EXCEPT THE SOUTH 10 FEET THEREOF) IN BLOCK 3 IN TRUITT'S SUBDIVISION OF THE SOUTH ½ OF THE NORTHWEST 1/4 OF THE NORTHEAST 1/4 OF THE NORTHEAST 1/4 AND THE NORTH ½ OF THE SOUTHEAST 1/4 OF THE NORTHEAST 1/4 OF THE NORTHEAST 1/4 OF SECTION 12, TOWNSHIP 38 NORTH, RANGE 13, EAST OF THE THIRD PRINCIPAL MERIDIAN, IN COOK COUNTY, ILLINOIS.
>
> P.I.N: 19-12-205-054.

Aide V. Villarreal warrants that there is one outstanding mortgage against the subject property with a balance of approximately $128,000 and that her equitable interest in the real property approximately equals at least $70,000. $81,000

2. Aide V. Villarreal agrees that her equitable interest in the above-described real property may be forfeited to the United States of America should the defendant JESUS GONZALEZ fail to appear as required by the Court or otherwise violate any condition of the Court's order of release. Aide V. Villarreal further understands and agrees that, if the defendant JESUS GONZALEZ should violate any condition of the Court's release order, and her equity in the property is less than the bond amount, she will be liable to pay any negative difference between the secured bond amount and her equitable interest in the property, and Aide V. Villarreal hereby agrees to the entry of a default judgment against him for the amount of any such difference. Aide V. Villarreal has received a copy of the Court's release order and understands its terms and conditions. Further, the surety understands that the only notice she will receive is notice of court proceedings.

3. Aide V. Villarreal further agrees to execute a quitclaim deed in favor of the United States of America, which deed shall be held in the custody of the Clerk of the United States District Court, Northern District of Illinois, until further order of the Court. Aide V. Villarreal understands that should defendant JESUS GONZALEZ fail to appear or otherwise violate any condition of the Court's order of release, the United States may obtain an order from the Court authorizing the United States to file and record the above-described deed, and to take whatever other action that may be necessary to perfect its interest in the above-described real property and satisfy the obligation arising from a breach of the bond.

4. Aide V. Villarreal further agrees that she will maintain the subject property in good repair, pay all taxes and obligations thereon when due, and will take no action which could encumber the real property or diminish their interest therein, including any effort to sell or otherwise convey the property without leave of Court.

5. Aide V. Villarreal further understands that if she has knowingly made or submitted or caused to be made or submitted any false, fraudulent or misleading statement or document in connection with this Forfeiture Agreement, or in connection with the bond set for defendant Aide V. Villarreal she is subject to a felony prosecution for making false statements and making a false declaration under penalty of perjury. Aide V. Villarreal agree s that the United States shall file and record a copy of this Forfeiture Agreement with the Cook County Recorder of Deeds as notice of encumbrance in the amount of the bond.

6. Aide V. Villarreal hereby declares under penalty of perjury that she has read the foregoing Forfeiture Agreement in its entirety, and the information contained herein is true and correct. Failure to comply with any term or condition of this agreement will be considered a violation of the release order authorizing the United States to request that the bond posted for the release of the defendant be revoked.

Date: 7-2-08

AIDE V. VILLARREAL
SURETY/GRANTOR

Date: July 2, 2008

Witness

Prepared by:

Dorothy Cuadra
United States Attorney's Office
219 S. Dearborn Street, 5th Floor
Chicago, Illinois 60604
312-353-5300

3