# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.2
### Eastern Division

UNITED STATES OF AMERICA

               Plaintiff,

v.                                   Case No.: 1:08–cr–00487
                                     Honorable Elaine E. Bucklo

Jesus Gonzalez

               Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, October 21, 2011:

     MINUTE entry before the Honorable Elaine E. Bucklo:Defendant's agreed motion to travel to Texas to attend a family reunion during the dates of November 17, 2001 and November 27, 2011 [84] is granted as to Jesus Gonzalez (1). Mailed notice (mpj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.