## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3
## Eastern Division

UNITED STATES OF AMERICA

                              Plaintiff,

v.                                        Case No.: 1:08−cr−00487
                                          Honorable Elaine E. Bucklo

Jesus Gonzalez

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 12, 2012:

      MINUTE entry before the Honorable Elaine E. Bucklo: as to Jesus Gonzalez. AGREED Motion to Authorize Out−of−District Travel by Jesus Gonzalez [89] is granted. Defendant is authorized to travel to Texas during the dates of July 14, 2012 to July 27, 2012. Mailed notice (tlp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.